No. 08-30-S-JMH

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF KENTUCKY

### CENTRAL DIVISION

### LEXINGTON

## UNITED STATES OF AMERICA

v.

## HOWARD J. MUI and PEI YI MUI

# INDICTMENT

18/371, conspiracy to purchase and sell contraband cigarettes, 1 count
18/2342(a), purchase of contraband cigarettes, 16 counts
18/2315, purchase of counterfeit tax stamps, 3 counts
18/1956(a)(1)(A)(i), money laundering, 1 count
18/981(a)(1)(C), forfeiture, 1 count
18/982(a)(1), forfeiture, 1 count
49/80302(a)(5), forfeiture, 1 count



A TRUE BILL

_____
FOREPERSON

Filed in Open Court on March 6, 2008

_____
CLERK

Bail, $ _____

Eastern District of Kentucky

F I L E D

MAR 0 6 2008

AT LEXINGTON,
LESLIE G WHITMER
CLERK U S DISTRICT COURT



## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

**UNITED STATES OF AMERICA**

**V.**                                               **INDICTMENT NO. 08-30-S-JMH**

**HOWARD J. MUI and**
**PEI YI MUI**

\*    \*    \*    \*    \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 371

On or about December 14, 2005, and continuing through on or about January 30,

2008, in Fayette and Madison Counties, in the Eastern District of Kentucky, and

elsewhere,

### HOWARD J. MUI,
### PEI YI MUI, and

others conspired together and with each other knowingly to transport, receive, possess,

and purchase contraband cigarettes, that is, a quantity in excess of 60,000 cigarettes prior

to March 9, 2006, and a quantity in excess of 10,000 cigarettes after March 9, 2006,

which bore no evidence of the payment of applicable State cigarette taxes in the State of

Illinois, a violation of 18 U.S.C. § 2342(a).

## OVERT ACTS

In furtherance of the conspiracy and to achieve its objects, one or more of the following overt acts, among others, were committed in the Eastern District of Kentucky and elsewhere:

1. December 14, 2005, **HOWARD J. MUI** had a telephone conversation about purchasing contraband cigarettes with an individual in Fayette County, Kentucky.

2. December 16, 2005, **HOWARD J. MUI** had a telephone conversation about purchasing contraband cigarettes with an individual in Fayette County, Kentucky.

3. December 28, 2005, **HOWARD J. MUI** had a telephone conversation about purchasing contraband cigarettes with an individual in Fayette County, Kentucky.

4. January 3, 2006, **HOWARD J. MUI** had a telephone conversation about purchasing contraband cigarettes with an individual in Fayette County, Kentucky.

5. January 6, 2006, **HOWARD J. MUI** had a telephone conversation about purchasing contraband cigarettes with an individual in Fayette County, Kentucky.

6. On or about January 9, 2006, **HOWARD J. MUI** purchased 92,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from a Special Agent with Alcohol, Tobacco, Firearms, and Explosives, who was operating in an undercover capacity (undercover ATF agent), in Fayette County, Kentucky.

7. January 11, 2006, **HOWARD J. MUI** had a telephone conversation about purchasing contraband cigarettes with an individual in Fayette County, Kentucky.

2

8. January 31, 2006, **HOWARD J. MUI** had a telephone conversation about purchasing contraband cigarettes with an individual in Fayette County, Kentucky.

9. On or about February 3, 2006, **HOWARD J. MUI** purchased 156,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from a retail tobacco store located in Fayette County, Kentucky.

10. On or about March 2, 2006, **HOWARD J. MUI** purchased 162,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from a retail tobacco store located in Fayette County, Kentucky.

11. On or about March 29, 2006, **HOWARD J. MUI** purchased 228,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from an undercover ATF agent in Cook County, Illinois.

12. On or about April 6, 2006, **HOWARD J. MUI** had a telephone conversation about purchasing contraband cigarettes with an undercover ATF agent in Fayette County, Kentucky.

13. On or about April 19, 2006, **HOWARD J. MUI** purchased 198,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from an undercover ATF agent in Cook County, Illinois.

14. On or about May 18, 2006, **HOWARD J. MUI** had a telephone conversation about purchasing contraband cigarettes with an undercover ATF agent in Fayette County, Kentucky.

3

15. On or about May 22, 2006, **HOWARD J. MUI** purchased 162,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from an undercover ATF agent in Fayette County, Kentucky.

16. On or about June 7, 2006, **HOWARD J. MUI** had a telephone conversation about purchasing contraband cigarettes with an undercover ATF agent in Fayette County, Kentucky.

17. On or about June 14, 2006, **HOWARD J. MUI** purchased 228,000 unstamped cigarettes from an undercover ATF agent in Cook County, Illinois.

18. On or about June 23, 2006, **HOWARD J. MUI** had a telephone conversation about purchasing contraband cigarettes with an undercover ATF agent in Fayette County, Kentucky.

19. On or about July 11, 2006, **HOWARD J. MUI** purchased 264,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from an undercover ATF agent in Cook County, Illinois.

20. On or about August 9, 2006, **HOWARD J. MUI** and **PEI YI MUI** had a telephone conversation about purchasing contraband cigarettes with an undercover ATF agent in Fayette County, Kentucky.

21. On or about August 15, 2006, **HOWARD J. MUI** purchased 324,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from an undercover ATF agent in Cook County, Illinois.

22. On or about August 16, 2006, **HOWARD J. MUI** and **PEI YI MUI** had a telephone conversation about purchasing contraband cigarettes with an undercover ATF agent in Fayette County, Kentucky.

23. On or about August 18, 2006, **HOWARD J. MUI** caused an interstate commercial carrier to be used to ship 18,000 unstamped cigarettes to him in Cook County, Illinois.

24. On or about September 21, 2006, **HOWARD J. MUI** and **PEI YI MUI** had a telephone conversation about purchasing contraband cigarettes with an undercover ATF agent and **HOWARD J. MUI** purchased 318,000 cigarettes consisting of unstamped cigarettes and cigarettes bearing either a Kentucky or Ohio tax stamp from an undercover ATF agent in Cook County, Illinois.

25. On or about October 18, 2006, **HOWARD J. MUI** purchased 269,000 unstamped cigarettes from an undercover ATF agent in Cook County, Illinois.

26. On or about October 27, 2006, **HOWARD J. MUI** purchased 162,000 unstamped cigarettes from an undercover ATF agent in Fayette County, Kentucky.

27. On or about November 15, 2006, **HOWARD J. MUI** purchased 252,000 unstamped cigarettes from an undercover ATF agent in Cook County, Illinois

28. On or about November 22, 2006, **HOWARD J. MUI** purchased 186,000 unstamped cigarettes from an undercover ATF agent in Fayette County, Kentucky.

29. On or about December 13, 2006, **HOWARD J. MUI** purchased 312,000

unstamped cigarettes from an undercover ATF agent in Cook County, Illinois

30.  On or about January 8, 2007, **HOWARD J. MUI** caused an interstate commercial carrier to be used to ship 12,000 unstamped cigarettes to him in Cook County, Illinois.

31.  On or about January 10, 2007, **HOWARD J. MUI** purchased 168,000 unstamped cigarettes from an undercover ATF agent in Fayette County, Kentucky.

32.  On or about January 17, 2007, **HOWARD J. MUI** purchased 360,000 unstamped cigarettes from an undercover ATF agent in Cook County, Illinois

33.  On or about February 15, 2007, **HOWARD J. MUI** purchased 276,000 unstamped cigarettes from an undercover ATF agent in Cook County, Illinois

34.  On or about March 6, 2007, **HOWARD J. MUI** purchased 342,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from an undercover ATF agent in Cook County, Illinois.

35.  On or about March 12, 2007, **HOWARD J. MUI** purchased 156,000 unstamped cigarettes from an undercover ATF agent in Fayette County, Kentucky.

36.  On or about March 16, 2007, **HOWARD J. MUI** caused an interstate commercial carrier to be used to ship 24,000 unstamped cigarettes to him in Cook County, Illinois.

37.  On or about April 3, 2007, **HOWARD J. MUI** purchased 336,000 cigarettes bearing a Kentucky tax stamp from an undercover ATF agent in Kings County, New

6

York.

38. On or about April 4, 2007, **HOWARD J. MUI** purchased 174,000 unstamped cigarettes from an undercover ATF agent in Fayette County, Kentucky.

39. On or about April 17, 2007, **HOWARD J. MUI** purchased 168,000 unstamped cigarettes from an undercover ATF agent in Fayette County, Kentucky.

40. On or about May 2, 2007, **HOWARD J. MUI** purchased 318,000 unstamped cigarettes from an undercover ATF agent in Cook County, Illinois.

41. On or about May 23, 2007, **HOWARD J. MUI** purchased 342,000 unstamped cigarettes from an undercover ATF agent in Cook County, Illinois.

42. On or about June 8, 2007, **HOWARD J. MUI** purchased 216,000 unstamped cigarettes from an undercover ATF agent in Fayette County, Kentucky.

43. On or about June 28, 2007, **HOWARD J. MUI** purchased 354,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from an undercover ATF agent in Cook County, Illinois.

44. On or about July 23, 2007, **HOWARD J. MUI** purchased 270,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from an undercover ATF agent in Cook County, Illinois.

45. On or about August 7, 2007, **HOWARD J. MUI** purchased 204,000 unstamped cigarettes from an undercover ATF agent in Fayette County, Kentucky.

46. On or about August 29, 2007, **HOWARD J. MUI** purchased 360,000

7

unstamped cigarettes from an undercover ATF agent in Cook County, Illinois.

47. On or about September 28, 2007, **HOWARD J. MUI** purchased 204,000 unstamped cigarettes from an undercover ATF agent in Madison County, Kentucky.

48. On or about October 12, 2007, **HOWARD J. MUI** purchased 220,000 unstamped cigarettes from an undercover ATF agent in Madison County, Kentucky.

49. On or about October 30, 2007, **HOWARD J. MUI** purchased 356,000 unstamped cigarettes from an undercover ATF agent in Cook County, Illinois.

50. On or about November 19, 2007, **HOWARD J. MUI** purchased 330,000 cigarettes consisting of both unstamped cigarettes and cigarettes bearing a Kentucky tax stamp from an undercover ATF agent in Cook County, Illinois.

51. On or about December 13, 2007, **HOWARD J. MUI** caused an interstate commercial carrier to be used to ship 6,000 unstamped cigarettes to him in Cook County, Illinois.

52. On or about December 20, 2007, **HOWARD J. MUI** caused an interstate commercial carrier to be used to ship 15,000 unstamped cigarettes to him in Cook County, Illinois.

53. On or about December 21, 2007, **HOWARD J. MUI** used the United States Postal Service to mail payment for unstamped cigarettes previously shipped by an undercover ATF agent to him in Cook County, Illinois.

54. On or about January 3, 2008, **HOWARD J. MUI** purchased 210,000

8

unstamped cigarettes from an undercover ATF agent in Madison County, Kentucky.

55. On or about January 18, 2008, **HOWARD J. MUI** caused an interstate commercial carrier to be used to ship 12,000 unstamped cigarettes to him in Cook County, Illinois.

56. On or about January 22, 2008, **HOWARD J. MUI** and **PEI YI MUI** had a telephone conversation about the purchase and shipment of contraband cigarettes with an undercover ATF agent in Fayette County, Kentucky.

57. On or about January 22, 2008, **HOWARD J. MUI** and **PEI YI MUI** caused an interstate commercial carrier to be used to ship 12,000 unstamped cigarettes to them in Cook County, Illinois.

58. On or about January 30, 2008, **HOWARD J. MUI** purchased 204,000 unstamped cigarettes from an undercover ATF agent in Madison County, Kentucky.

59. On or about January 30, 2008, **HOWARD J. MUI** and **PEI YI MUI** possessed 29,000 cigarettes not bearing an Illinois tax stamp at their business in Cook County, Illinois.

60. On or about January 30, 2008, **HOWARD J. MUI** and **PEI YI MUI** possessed 33,200 cigarettes not bearing an Illinois tax stamp at their residence in Cook County, Illinois.

61. On or about January 30, 2008, **HOWARD J. MUI** possessed 104,200 cigarettes not bearing an Illinois tax stamp located in a detached garage in Cook County,

Illinois, which he had previously used on several occasions to receive unstamped cigarettes from an undercover ATF agent.

All in violation of 18 U.S.C. § 371.

## COUNTS 2-4
## 18 U.S.C. § 2342(a)

On or about the dates listed below, in Fayette County, in the Eastern District of Kentucky,

### HOWARD J. MUI

knowingly transported, received, possessed, and purchased contraband cigarettes, that is, a quantity in excess of 60,000 cigarettes, which bore no evidence of the payment of applicable State cigarette taxes in the State of Kentucky.

| COUNT | DATE |
|-------|------|
| 2 | January 9, 2006 |
| 3 | February 3, 2006 |
| 4 | March 2, 2006 |

Each in violation of 18 U.S.C. § 2342(a).

## COUNTS 5-17
## 18 U.S.C. § 2342(a)

On or about the dates listed below, in Fayette and Madison Counties, in the Eastern District of Kentucky,

### HOWARD J. MUI

knowingly transported, received, possessed, and purchased contraband cigarettes, that is,

10

a quantity in excess of 10,000 cigarettes, which bore no evidence of the payment of applicable State cigarette taxes in the State of Kentucky.

| COUNT | DATE |
|-------|------|
| 5 | May 22, 2006 |
| 6 | October 27, 2006 |
| 7 | November 22, 2006 |
| 8 | January 10, 2007 |
| 9 | March 12, 2007 |
| 10 | April 4, 2007 |
| 11 | April 17, 2007 |
| 12 | June 8, 2007 |
| 13 | August 7, 2007 |
| 14 | September 28, 2007 |
| 15 | October 12, 2007 |
| 16 | January 3, 2008 |
| 17 | January 30, 2008 |

Each in violation of 18 U.S.C. § 2342(a).

## COUNTS 18-20
### 18 U.S.C. § 2315

On or about the dates listed below, in Fayette County, in the Eastern District of Kentucky,

### HOWARD J. MUI

possessed and purchased falsely made, forged, and counterfeited tax stamps, that is, the

counterfeit cigarette tax stamps listed below, which were a part of and which constituted interstate commerce, knowing the same to have been so falsely made, forged, and counterfeited.

| COUNT | DATE | COUNTERFEIT CIGARETTE TAX STAMPS |
|-------|------|----------------------------------|
| 18 | October 27, 2006 | 40,000 counterfeit Kentucky cigarette tax stamps |
| 19 | April 17, 2007 | 10,000 counterfeit Kentucky cigarette tax stamps |
| 20 | June 8, 2007 | 5,000 counterfeit Michigan cigarette tax stamps |

Each in violation of 18 U.S.C. § 2315.

## COUNT 21
### 18 U.S.C. § 1956(a)(1)(A)(i)

On or about January 1, 2005, and continuing through on or about January 30, 2008, in Fayette and Madison Counties, in the Eastern District of Kentucky, and elsewhere,

### HOWARD J. MUI

used United States currency and money orders to conduct financial transactions, that is, the purchase of contraband cigarettes, such United States currency in fact being the proceeds of specified unlawful activity, that is, the sale and distribution of contraband cigarettes, knowing that the United States currency was the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, that is, the receipt, possession, sale, distribution, and purchase of contraband cigarettes, in violation of 18 U.S.C. § 1956(a)(1)(A)(i).

12

## COUNT 22
## 18 U.S.C. § 981(a)(1)(C)
## 28 U.S.C. § 2461

In committing the felony offenses alleged in Counts 1-20 of this indictment, each

punishable by imprisonment for more than one year, the defendants,

### HOWARD J. MUI and
### PEI YI MUI

shall forfeit to the United States the below described property which constitutes and is

derived from proceeds obtained directly or indirectly as a result of the commission of the

aforesaid violations of 18 U.S.C. §§ 371, 2315, and 2342 including, but not limited to, the

following:

### MONEY JUDGMENT

$1,274,308.00 (One million, two hundred seventy-four thousand, three hundred
eight Dollars), which sum represents the gross proceeds in aggregate obtained by
the defendants as the result of the aforesaid violations, and for which the
defendants are jointly and severally liable.

### CURRENCY

$3,441.65 in United States currency.

$1,200.00 in United States currency.

Substitute Assets

If any of the property listed above, as a result of any act or omission of the

defendants,

(1) cannot be located upon the exercise of due diligence;

13

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without

difficulty;

it is the intent of the United States to seek the forfeiture of any other property in which the

above defendants have an interest in, up to the value of the currency described above.

### COUNT 23
### 18 U.S.C. § 982(a)(1)

In committing the felony offense alleged in Count 21 of this indictment, which is

punishable by imprisonment for more than one year, the defendant,

### HOWARD J. MUI

shall forfeit to the United States, under 18 U.S.C. § 982(a)(1), any property, real or

personal, involved in such offense, and any property traceable to such property, including

but not limited to,

### MONEY JUDGMENT

$1,274,308.00 (One million, two hundred seventy-four thousand, three hundred
eight Dollars), which sum represents the gross proceeds in aggregate obtained by
the defendants as the result of the aforesaid violations, and for which the
defendants are jointly and severally liable.

### Substitute Assets

If any of the property listed above, as a result of any act or omission of the

14

defendants,

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third party;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property in which the above defendant has an interest in, up to the value of the currency described above.

## COUNT 24
### 49 U.S.C. § 80302(a)(5)
### 49 U.S.C. § 80303
### 28 U.S.C. § 2461

In committing the felony offense charged in Count 1 of this indictment, the defendants, **HOWARD J. MUI** and **PEI YI MUI,** shall forfeit all right, title, and interest, in the following vehicles that were used to transport contraband, conceal or possess contraband, and used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchanges or giving away of contraband:

### VEHICLE:

1999 maroon Lexus RX300 SUV, VIN JT6HF10U3X0008864, Illinois license plate 5988682.

2002 silver Lexus LS430, VIN JTHBN30F220066678, Illinois license plate 7629798.

15

By virtue of the commission of the felony offense charged in Count 1 of this indictment, any and all interest **HOWARD J. MUI** and **PEI YI MUI** has in the following property is vested in the United States and hereby forfeited to the United States pursuant to 49 U.S.C. § 80302(a)(5) and § 80303, and 28 U.S.C. § 2461.

**A TRUE BILL**

**FOREPERSON**

**JAMES A. ZERHUSEN**
**ACTING UNITED STATES ATTORNEY**

16

## PENALTIES

**COUNTS 1-17:**      Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**COUNTS 18-20:**      Not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release.

**COUNT 21:**      Not more than 20 years imprisonment, a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, and not more than 3 years of supervised release.

**COUNTS 22-24:**      Forfeiture of interest in property.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Restitution, if applicable.

17