UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

UNITED STATES OF AMERICA,   )
                            )
    Plaintiff,           ) Criminal Action No. 5:08-30-JMH
                            )
v.                         )
                            ) **ORDER**
                            )
HOWARD J. MUI,           )
                            )
    Defendant.          )

\*\*    \*\*    \*\*    \*\*    \*\*

The Court having received a letter from attorneys Joseph M. Macellaio and Roger Tsang indicating that their representation of Defendant was terminated by Defendant, **IT IS ORDERED:**

1) That attorneys Joseph M. Macellaio and Roger Tsang be, and the same hereby are, relieved of their representation of Defendant; and

2) That the Clerk of Court is directed to removed attorneys Macellaio and Tsang as counsel of record.

This the 30th day of May, 2008.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge