Eastern District of Kentucky
**FILED**
NOV 12 2008
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NO. 08-30-S-JMH

UNITED STATES OF AMERICA                                          PLAINTIFF

V.     **AMENDED PRELIMINARY JUDGMENT OF FORFEITURE**

HOWARD J. MUI                                                     DEFENDANT

\* \* \* \* \*

Based upon the plea agreement entered herein, and for the reasons stated at bar, it is

**ORDERED, ADJUDGED** and **DECREED** that the following property is hereby condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C), 49 U.S.C. §§ 80302(a)(5) and 80303, 28 U.S.C. § 2461, and 21 U.S.C. §853, to wit:

> **MONEY JUDGMENT**:
> $1,274,308.00 (One Million Two Hundred Seventy-Four Thousand Three Hundred Eight Dollars), which sum represents the gross proceeds in aggregate obtained by the defendants as the result of drug trafficking violations, and for which the defendants are jointly and severally liable.

The $3,441.65 in United States currency and the two vehicles, a 1999 Lexus RX300 and a 2002 Lexus LS430, are hereby dismissed from this action for administrative processing by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

The $1,200.00 in United States currency shall be returned to it's owner, Huanyi Fang. The United States Marshals Service shall mail a check to Ms. Fang at 2830 South Shields Avenue, Chicago, IL 60616.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment;

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $1,274,308.00 to satisfy the money judgment in whole or in part; and

It is further ORDERED that the Clerk deliver copies of this Order to all counsel of record, United States Marshals Service, and United States Probation.

Dated this the 12th day of November 2008.

*JOSEPH M. HOOD*
UNITED STATES DISTRICT COURT JUDGE

Prepared by:

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

/s David Y. Olinger, Jr.
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4896
Fax: (859) 233-2658
E-mail: david.olinger@usdoj.gov